IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 18CR00182 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER JR. |
| | ) | |
| v. | ) | |
| | ) | |
| TYRONE ROGERS, ET AL., | ) | MOTION TO CONTINUE STATUS |
| Defendant. | ) | CONFERENCE |
| | ) | |

The United States of America, by and through its attorneys, Justin E. Herdman, United States Attorney, and Marisa T. Darden, Assistant United States Attorney, respectfully requests that the Court continue the status conference in this matter.

Defendant Tyrone Rogers joins in this motion. The parties request additional time to discuss an amenable resolution to this case. In addition, the Court asked for an update, since the government indicated that it would file a superseding indictment in this case. Based on scheduling and grand jury availability, the superseding indictment will be presented to the Grand Jury on August 1, 2018. The government believes it will have more up to date and relevant information regarding the status of this matter after August 1, 2018.

Therefore, the government and Defendant Rogers request that the Court reset the status conference after August 1; perhaps the week of August 13, 2018.

        Respectfully submitted,

        JUSTIN E. HERDMAN
        United States Attorney

By:  /s/ Marisa T. Darden
        Marisa T. Darden (NY: 4717682)
        Assistant United States Attorney
        United States Court House
        801 West Superior Avenue, Suite 400
        Cleveland, OH 44113
        (216) 622-3758
        (216) 522-2403 (facsimile)
        Marisa.Darden@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Marisa T. Darden
Marisa T. Darden
Assistant U.S. Attorney